No. 616. JOINT INDUSTRY BOARD OF THE ELECTRICAL INDUSTRY ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Harold Stern* for petitioners. *Solicitor General Griswold, Acting Assistant Attorney General Pugh* and *Crombie J. D. Garrett* for the United States.

No. 563, Misc. HARRISON *v.* UNITED STATES. C. A. D. C. Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Alfred V. J. Prather* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Jerome M. Feit* for the United States.

No. 639. GLONA *v.* AMERICAN GUARANTEE & LIABILITY INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari granted and case set for oral argument immediately following No. 508 (see *ante,* p. 925). *Benjamin E. Smith* for petitioner. *Frank S. Normann* for respondents.

No. 618. FORTNIGHTLY CORP. *v.* UNITED ARTISTS TELEVISION, INC. C. A. 2d Cir. Motion of National Community Television Association, Inc., for leave to file a brief, as *amicus curiae,* granted. Certiorari granted and case set for oral argument immediately following Nos. 363 and 428 (see *ante,* p. 911). The Solicitor General is invited to file a brief expressing the views of the United States. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case. *Robert C. Barnard, R. Michael Duncan* and *E. Stratford Smith* for petitioner. *Louis Nizer, Gerald Meyer* and *Lawrence S. Lesser* for respondent. *Bruce E. Lovett* for National Community Television Association, Inc., as *amicus curiae,* in support of the petition.